**No. 60136.**—Murmac Importing Corp. *v.* United States, protests 266405–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.